Susan B. Fralick BALL, Larry G. Comisak, Kathryn S. Comisak, Richard Cowhig, Caren Cowhig, Florence Dahm, on behalf of herself and the Estate of Edward Dahm, Christine Fisher, Warren Fisher, Barbara A. Frankl, David Glass, Elaine Glass, Jared Glass, Alma R. Jacobs, on behalf of herself and the Estate of J. Alexander Jacobs, Eugene Katz, Lenore Katz, Sun E. Kim, Joan Kuch, on behalf of herself and the Estate of Leonard Kuch, John McCarry, Marybeth McCarry, Jonathan McCarry, Matthew McCarry, Patrick McCarry, James J. Moore III, Patricia G. Moore, Louis Nicolai, Bruce Nichols, Beatrice Nichols, Richard K. Oberholtzer, Wendy Oberholtzer, Megan Oberholtzer, Taylor Oberholtzer, Richard H. Shepherd, Jr., Wendie Steffens, Mark Steffens, Payton Thurman, Joan Thurman, D. Jean Tisdall, Susan Walsh, Kurt Weidenhammer, Debbie Weidenhammer, Karen Weidenhammer, Maryann Wrubel, Metro J. Wrubel, and Todd Wrubel, Respondents

v.

BAYARD PUMP & TANK CO., INC., Gulf Oil Limited Partnership, E.O. Habhegger Co., Inc., Titeflex Corporation, Veeder–Root Co., Wagner and T.F.W., Inc.

v.

Marley Pump Company and Containment Technologies Corporation.

Petition of Marley Pump Company, Veeder–Root Co., E.O. Habhegger Co. and Bayard Pump & Tank Co. Inc.

Supreme Court of Pennsylvania.

March 1, 2011.

## ORDER

PER CURIAM.

**AND NOW,** this 1st day of March, 2011, the Petition for Allowance of Appeal filed at 75 MAL 2010 is **GRANTED.** The issue, reworded for clarity, is:

Whether the Superior Court, in reversing the order of the trial court and granting the bellwether plaintiffs a new trial with the remaining 41 plaintiffs, erred and improperly substituted its own judgment for that of the trial court concerning how to fairly and equitably protect the interests of all parties, while managing the resources of the trial court?

Oral argument on the above issue is to be consolidated with 84 MAL 2010.